MICHAEL J. SHEPARD (Bar No. 91281)
MICHAEL E. LIFTIK (Bar No. 232430)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
DANIEL ARMSTRONG

RECEIVED
UNITED STATES MARSHAL
2006 JUN 15 PM 2:1

FILED
JUN 1 5 2006
NORTHERN DISTRICT
CALIFORNIA - OAKLAND
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL ARMSTRONG,<br><br>   Defendant. | Case No. CR 02-40138-CW<br><br>**RELEASE ORDER**<br><br>Judge: Hon. Claudia Wilken |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SHAREEF HASTINGS, TERRI SCOTT, JACKSON GRANT, AMANDA DE LA MERCED, and DANIEL ARMSTRONG,<br><br>   Defendants. | Case No. CR 06-0336-SBA<br><br>Judge: Hon. Saundra B. Armstrong |

cc: WDB's stats, Copies to parties, Sherlah, Probation, Lisa, 2 certified copies to Marshal

RELEASE ORDER
CASE NOS. CR 02-40138-CW, CR06-0336SBA

## RELEASE ORDER

Defendant Daniel Armstrong shall be released under the same Terms and Conditions of Release and Appearance previously entered in the above-captioned matters on May 30, 2006. The Probation Officer may permit Mr. Armstrong to leave the Halfway House for employment.

IT IS SO ORDERED

DATED: June 15, 2006

THE HONORABLE WAYNE BRAZIL
UNITED STATES MAGISTRATE JUDGE

RELEASE ORDER
CASE NOS. CR 02-40138-CW, CR06-0336SBA