MICHAEL J. SHEPARD (Bar No. 91281)
MICHAEL E. LIFTIK (Bar No. 232430)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
DANIEL ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>DANIEL ARMSTRONG,<br><br>                          Defendant. | **STIPULATION AND ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE**<br><br>Case No. CR 02-40138-CW<br><br>Judge: Hon. Claudia Wilken (WDB) |
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     v.<br><br>SHAREEF HASTINGS, TERRI SCOTT, JACKSON GRANT, AMANDA DE LA MERCED, and DANIEL ARMSTRONG,<br><br>                          Defendants. | **STIPULATION AND ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE**<br><br>Case No. CR 06-0336-SBA<br><br>Judge: Hon. Saundra B. Armstrong (WDB) |

Heller
Ehrman LLP

1
STIPULATION AND ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE
CASE NOS. CR 02-40138-CW, CR06-0336SBA

## I. INTRODUCTION

Since May 31, 2006, Daniel Armstrong has been confined to the Cornell Corrections halfway house in Oakland, California ("Cornell"), pursuant to the terms of his release on bond in the above-captioned matters. Mr. Armstrong is not accused of committing a crime of violence or a drug related crime. He does not pose a danger to the community. Mr. Armstrong has recently been granted permission to go to work everyday. Accordingly, Mr. Armstrong requests that he be released from confinement at Cornell Corrections to allow him to reside at his mother's home, 3240 Sacramento Street #2, Berkeley California, subject to automatic voice-recognition curfew to be administered by Pretrial Services.

## II. STIPULATION

The United States, by its counsel Alicia Fenrick, Esq., and Daniel Armstrong, by his attorney, Michael E. Liftik, Esq., stipulate as follows:

1. On May 9, 2006, the United States filed a grand jury indictment against Shareef Hastings, Terri Scott, Jackson Grant, Amanda De La Merced, and Mr. Armstrong alleging they participated in a conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349 (*United States v. Hastings, et al.*, case no. 06-cr-0336-SBA).

2. On May 11, 2006, the United States Probation Office filed a Petition for Summons for Offender Under Supervision alleging that Mr. Armstrong had violated the terms of his supervised release in a separate, earlier matter, *United States v. Daniel Armstrong*, case no. 02-cr-40138-CW.[1] The Petition alleged that Mr. Armstrong inadequately documented his employment, failed to submit certain monthly reports in a

---

[1] On November 4, 2002, Mr. Armstrong pled guilty in *Armstrong* to one count of fraudulent use of an access device, 18 U.S.C. § 1029(a)(2), aiding and abetting, 18 U.S.C. § 2. He was initially sentenced, in part, to five years probation. On April 4, 2005, based on unrelated charges, Mr. Armstrong's probation was revoked and he was sentenced to six months in prison and three years supervised release.

Heller Ehrman LLP

2
STIPULATION AND ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE
CASE NOS. CR 02-40138-CW, CR06-0336SBA

timely manner, and missed appointments with his probation officer.[2]  A hearing was set for May 24, 2006 to identify counsel and set further proceedings in the *Armstrong* matter.

3. On May 24, 2006, when Mr. Armstrong appeared in Court for the status conference in the *Armstrong* matter, the government arrested Mr. Armstrong on the *Hastings* indictment, he was arraigned, and on motion by the government, taken into custody.

4. On May 30, 2006, the Court held a bail hearing in both *Hastings* and *Armstrong*.  Mr. Armstrong was released on conditions which included the execution of a $100,000 unsecured bond by two of Mr. Armstrong's friends, a set of standard release conditions, and the requirement that he must reside at Cornell, and may leave only as directed by Pretrial Services and Probation.  Mr. Armstrong was released to Cornell on May 31 and has resided there ever since.

5. The *Hastings* matter has had two status conferences on June 27, 2006 and July 25, 2006 before Judge Armstrong.  Because of the volume of discovery the government produced, as well as the multiple parties involved, Judge Armstrong determined that the case was complex, and has continued the case for further trial setting and status until September 19, 2006.  A hearing on the alleged supervised release violation is scheduled for September 25, 2006, although both parties recognize that this proceeding will necessarily continue to trail progress in the *Hastings* matter.  It is anticipated that *Hastings* is several months from trial.

6. Recently, Mr. Armstrong secured employment at Hard Labor Music, LLC, 1924 Franklin Street, Studio B, Oakland, CA 94612, (510) 903-9780, under the supervision of Charles Lindsay where he works from 8:00 a.m. until 5:00 p.m.  Mr. Armstrong's probation officer, Jacqueline Sharpe has confirmed this employment.

---

[2] The Petition was later amended to add the *Hastings* indictment as a new alleged violation.

Heller Ehrman LLP

7. In light of Mr. Armstrong's successful residency at Cornell, and his recent employment, Mr. Armstrong requests, and the government agrees to, a modification of the terms of his release so that he may reside at 3240 Sacramento Street #2, Berkeley California, his mother's home, subject to an automatic voice-recognition curfew to be administered by Pretrial Services.

8. Pursuant to Judge Brazil's Standing Order dated April 12, 2001, counsel for Mr. Armstrong contacted Assistant United States Attorney Alicia Fenrick, United States Probation Officer Jacqueline Sharpe, and United States Pretrial Services Officer Victoria Gibson regarding this request. All parties for the government agree to Mr. Armstrong's request pursuant to the conditions enumerated below. The colloquy between the parties is contained in the Attestation of Michael Liftik, filed herewith.

9. For the foregoing reasons, the parties stipulate and agree that Mr. Armstrong's Conditions of Release and Appearance, dated May 30, 2006 shall be modified as follows:

A. The Condition that Mr. Armstrong must reside at the Cornell Halfway House and may leave only as directed by Pretrial Services and Probation is eliminated.

B. In the matter of *United States v. Hastings, et al.*, Case No. CR 06-0336-SBA, Mr. Armstrong is required to reside at 3240 Sacramento Street #2, Berkeley California, subject to an automatic voice-recognition curfew to be administered by Pretrial Services.

C. In the matter of *United States v. Armstrong*, Case No. CR 02-40138-CW, Mr. Armstrong is subject to the remaining conditions set forth in the Conditions of Release and Appearance dated May 30, 2006 as directed by Probation.

Heller
Ehrman LLP

STIPULATION AND ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE
CASE NOS. CR 02-40138-CW, CR06-0336SBA

DATED: June 9, 2006                         Respectfully submitted,

                                                  HELLER EHRMAN LLP


By_____/S/_____
                MICHAEL E. LIFTIK
Attorneys for Defendant
DANIEL ARMSTRONG


By_____/S/_____
                ALICIA FENRICK*
Assistant United States Attorney

\* I, Michael E. Liftik, under whose ECF user id and password this document is filed, attest that Alicia Fenrick has read and approved the STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT DANIEL ARMSTRONG'S CONDITIONS OF RELEASE and consents to its filing in this action.

IT IS SO ORDERED

DATED: August 31, 2006

_____
THE HONORABLE WAYNE BRAZIL
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / signed Wayne D. Brazil, Judge Wayne D. Brazil]*