MICHAEL J. SHEPARD (Bar No. 91281)
MICHAEL E. LIFTIK (Bar No. 232430)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
DANIEL ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>v.<br><br>SHAREEF HASTINGS, TERRI SCOTT, JACKSON GANT, AMANDA DE LA MERCED, AND DANIEL ARMSTRONG,<br><br>                       Defendants. | Case No.: CR 06 00336 SBA<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANT DANIEL ARMSTRONG'S MOTION TO SEVER**<br><br>Judge:     Hon. Saundra B. Armstrong |

## I. INTRODUCTION

Defendant Daniel Armstrong intends to move to sever his case from that of Defendant Jackson Grant, and a schedule for briefing in support of and opposition to the motion was established by this Court's order of April 24, 2007. Mr. Armstrong and the United States have since agreed to a revised schedule. The parties hereby stipulate and request this Court modify its prior scheduling order to reflect the parties' stipulated dates for briefing.

## II. STIPULATION

The United States, by its counsel Alicia Fenrick, Esq., and Daniel Armstrong, by his attorney, Michael E. Liftik, Esq., stipulate as follows:

Heller Ehrman LLP

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANT DANIEL ARMSTRONG'S MOTION TO SEVER
CASE NOS. CR 02-40138-CW, CR06-0336SBA

1. Daniel Armstrong, through his attorneys, shall submit a brief in support of his motion to sever on May 10, 2007.

2. The United States shall submit a brief in opposition of the motion on May 24, 2007.

3. Mr. Armstrong's reply brief shall be submitted on May 31, 2007.

4. Hearing on the motion will be on June 19, 2007 as previously ordered by the Court.

DATED: May 7, 2007                                       Respectfully submitted,

                                                         HELLER EHRMAN LLP


                                                         By_____/S/_____
                                                              MICHAEL E. LIFTIK
                                                         Attorneys for Defendant
                                                         DANIEL ARMSTRONG


                                                         By_____/S/_____
                                                              ALICIA FENRICK*
                                                         Assistant United States Attorney

* I, Michael E. Liftik, under whose ECF user id and password this document is filed, attest that Alicia Fenrick has read and approved the STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT DANIEL ARMSTRONG'S MOTION TO SEVER and consents to its filing in this action.

Heller Ehrman LLP

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY THE BRIEFING SCHEDULE ON DEFENDANT DANIEL ARMSTRONG'S MOTION TO SEVER
CASE NOS. CR 02-40138-CW, CR06-0336SBA

IT IS SO ORDERED

DATED: May 9, 2007

*/s/ Saundra B. Armstrong*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP