SCOTT N. SCHOOLS
United States Attorney

W. DOUGLAS SPRAGUE (CSBA 202121)
Acting Chief, Criminal Division

ALICIA W. FENRICK (CSBN 193860)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
Oakland, California 94618
Telephone: (510) 637-3680
FAX: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00336 SBA |
| Plaintiff, ) | STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA |
| v. ) | |
| DANIEL ARMSTRONG, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the parties that the date scheduled for change of plea in the above captioned matter be continued to July 24, 2007 at 11:00 a.m.. The reason for the requested continuance is that the parties are trying to arrange for a global disposition of this matter which will include resolution of the substantive case before this Court as well as a Supervised Release violation before the Honorable Claudia Wilken, CR 02-40138. The parties have concluded that the best way to resolve these cases is to have this Court take Mr. Armstrong's plea on the above referenced matter, and have Judge Wilken take Mr. Armstrong's plea in his Supervised Release violation, CR 02-40138, which is currently set for July 25, 2007 at 2:00 p.m.. Having the resolutions take place closely approximated in time will allow the

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA

parties resolve all issues with respect to both case. The parties further request that time be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv) from the date of this Order to July 24, 2007 to allow for effective preparation of counsel.

DATED: July 2, 2007                              /S/
                                          ALICIA W. FENRICK
                                          Assistant United States Attorney


DATED: July 2, 2007                              /S/
                                          MICHAEL LIFTIK
                                          Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the change of plea date in the above captioned case be continued to July 24, 2007 at 11:00 a.m. IT IS FURTHER ORDERED that the time be excluded under the provisions of the Speedy Trial Act to July 24, 2007 because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial in order to allow for effective preparation of counsel under 18 U.S.C. §3161(h)(8)(A) and (B)(iv).


DATED: July 3, 2007                       *Saundra B Armstrong*
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

STIPULATION AND ORDER SETTING DATE FOR CHANGE OF PLEA