SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 00796879)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724
   E-Mail: Shashi.Kewalramani@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.    CR 06-00336 SBA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING UNOPPOSED REQUEST TO VACATE TRIAL AND PRE-TRIAL DATES |
| v. ) | |
| DANIEL ARMSTRONG, et al., ) | Pre-Trial Date:    November 27, 2007 |
| Defendants. ) | Time:    11:00 a.m. |
| | Before the Hon. Saundra Brown Armstrong |

     For the reasons set forth in the United States' Unopposed Request To Vacate Trial and Pre-Trial Dates, good cause appearing therefore,

     **IT IS HEREBY ORDERED** that the trial and pre-trial dates in this matter are vacated and the matter is set on the Court's calendar on November 27, 2007 at 10 a.m. for Amanda De La Merced's change of plea.

DATED: _11/13_____, 2007,

                                                    *Saundra B. Armstrong*
                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST TO VACATE TRIAL AND PRE-TRIAL DATES